USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2020

MEMO ENDORSED



**VENABLE** LLP

600 MASSACHUSETTS AVE., NW    WASHINGTON, DC 20001
T 202.344.4000    F 202.344.8300    www.Venable.com

November 12, 2020

The Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

J. Douglas Baldridge
T 202.344.4703
F 202.344.8300
jbaldridge@venable.com

Re:   Waiver of service and associated deadlines to respond to complaint
      Abdul Sesay v. Enterprise Rent-A-Car et al., No. 1:20-cv-8241 (VEC) (S.D.N.Y.)

Dear Judge Caproni:

I write, along with counsel for plaintiff Abdul Sesay, to inform the Court that defendants have agreed to waive service of process in this matter. Defendants take this action to save the parties and court the time and resources associated with resolving a dispute about the sufficiency of service of process. The parties are in the process of executing the waivers but wished to timely inform the Court since the waivers impact the current response deadlines reflected on the docket. The parties agree that, pursuant to Rule 4(d)(3) of the Federal Rules of Civil Procedure, defendants have until January 5, 2021 to respond to the complaint.

Given these deadlines, the parties ask that the telephonic case management conference currently scheduled for November 20, 2020 at 12:00 p.m. be rescheduled to a time in December or January that is convenient for the Court. This is the first request for adjournment of the case management conference by the parties.

Respectfully Submitted,

*J. Douglas Baldridge* (signature)

J. Douglas Baldridge

/s/ Ike Agwuegbo (authorized)

Ike Agwuegbo

---

Defendant's time to answer, move, or otherwise respond to the Complaint is hereby adjourned to **Tuesday, January 5, 2021**.

The conference scheduled for November 20, 2020 is hereby adjourned to **Friday, December 11, 2020 at 11:00 A.M.** Pre-conferene submissions as required by this Court's October 6, 2020 Order, Dkt. 3, are due no later than **Thursday, December 3, 2020.**

All parties and any interested members of the public must attend the conference by dialing 1-888-363-4749, using the access code 3121171, and the security code 8241. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.
SO ORDERED.

*Valerie Caproni* (signature)         Date: November 12, 2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE